**Order entered June 21, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00488-CV

### ESPERANZA PARRENO MEJIA, Appellant

### V.

### MICHAEL RYAN SAWYER, VICKIE MOSELEY, VINCE RAY MOSELEY, AND AMERICAN HYDRAULIC SERVICE CORPORATION, Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-01807**

## ORDER

Before the Court is appellant's June 19, 2019 motion for extension of time to file appellant's brief. In the motion, appellant requests a sixty day extension. We **GRANT** the motion to the extent that appellant's brief shall be filed by **July 20, 2019**.

/s/     KEN MOLBERG
JUSTICE